UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:18 CR 63-PPS/JEM |
| DEMARKUS CRIGGLEY, | ) |
| Defendant. | ) |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Andrew P. Rodovich concerning defendant Demarkus Criggley's plea of guilty. Without objection, then, I adopt Judge Rodovich's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Rodovich's Findings and Recommendation [DE 184] are ACCEPTED AND ADOPTED.

Defendant Demarkus Criggley's plea of guilty to the offense charged in Count Two of the Superseding Indictment, conspiring with others to obtain possession of controlled substances through misrepresentation and fraud in violation of 21 U.S.C. § 846, is ACCEPTED, and he is adjudged guilty of that offense.

The sentencing of Demarkus Criggley is SET for January 3, 2020, at 2:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 3, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT